

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00387-CR

NINO BROWN,

                                                      **Appellant**

 v.

THE STATE OF TEXAS,

                                                     **Appellee**

---

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2018-1236-C1

---

## MEMORANDUM OPINION

---

Appellant, Nino Brown, appealed his conviction for unlawful possession of a controlled substance. Appellant has now filed a motion requesting the dismissal of this appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and appellant and his attorney have signed the motion to dismiss. *See id.* Accordingly, we grant the motion and hereby dismiss appellant's appeal.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed March 11, 2020
Do not publish
[CR25]

